```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

JANE DOE,

                Plaintiff,        24-cv-8813 (JGK)

    - against -                <u>ORDER</u>

SEAN COMBS, ET AL.,

                Defendants.

-----------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file a motion to proceed anonymously explaining why this case should proceed under the Jane Doe pseudonym. <u>See</u> <u>Sealed Plaintiff v. Sealed Defendant</u>, 537 F.3d 185 (2d Cir. 2008).

SO ORDERED.

Dated:    **New York, New York**
            **November 20, 2024**

                                              _____
                                                John G. Koeltl
                                        United States District Judge