```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANE DOE,

                 Plaintiff,          24-cv-8813 (JGK)

    - against -                  ORDER

SEAN COMBS, ET AL.,

                 Defendants.

**JOHN G. KOELTL, District Judge:**

    Briefing on the motion to proceed anonymously is deferred pending service of the summons and complaint on the defendants. The motion should be addressed by the defendants after service.

SO ORDERED.

Dated:    New York, New York
            November 21, 2024

                                          John G. Koeltl
                                United States District Judge