January 21, 2025

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

1/22/25

John G. Koeltl, U.S.D.J.

Re:    *Doe v. Combs, et. al.*, Case No. 24-cv-08813 (JGK)

Dear Judge Koeltl:

We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and defendant Bad Boy Records, LLC.

The undersigned parties have agreed that the Combs Defendants and Bad Boy Records, LLC will accept service through the undersigned counsel of (1) the Complaint (ECF #1) and (2) the Plaintiff's Motion for Leave to Appear Anonymously (ECF #5, the "Anonymity Motion") in exchange for Plaintiff's consent to an extension of time to respond to each until **March 4, 2025**.

Consistent with this agreement, the undersigned parties respectfully request that the Court enter a scheduling order providing that (1) the Combs Defendants and Bad Boy Records, LLC shall have until **March 4, 2025** to answer, move, or otherwise respond to the Complaint; and (2) the Combs Defendants and Bad Boy Records, LLC shall have until **March 4, 2025** to file an opposition to the Anonymity Motion. No prior request for this relief has been made.

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*

Hon. John G. Koeltl
January 21, 2025
Page 2 of 2

*/s/ Donald S. Zakarin*
Donald S. Zakarin
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036
212-326-0108
dzakarin@pryorcashman.com
*Counsel for Defendant Bad Boy Records, LLC*