**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────────────

**JANE DOE,**

                **Plaintiff,**

    - against –

**SEAN COMBS, ET AL.,**

                **Defendants.**

─────────────────────────────────────────────

**24-cv-8813 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a pre-motion conference on **Wednesday, March 26, 2025**, at **12:00 p.m.**

Dial-in: 646-453-4442, with access code 675 278 33#.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 5, 2025**

                                                 /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                             **United States District Judge**