```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JANE DOE,

               Plaintiff,         24-cv-8813 (JGK)

   - against -                 <u>ORDER</u>

SEAN COMBS, ET AL.,

               Defendants.

------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff should file an amended complaint by **April 11, 2025**. The defendants should move or answer by **May 2, 2025**. No pre-motion conference is necessary. If the defendants file a motion to dismiss, the plaintiff should respond by **May 23, 2025**. The defendants should reply by **June 6, 2025**.

    If the defendants answer the complaint, the parties should file a Rule 26(f) report by **May 23, 2025**.

SO ORDERED.
Dated:    New York, New York
           March 26, 2025

                                        _____
                                           John G. Koeltl
                                  United States District Judge