**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JANE DOE,**

**Plaintiff,**

**- against -**

**SEAN COMBS, ET AL.,**

**Defendants.**

**24-cv-8813 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The defendants should respond to the motion by Sher Tremonte LLP to withdraw as counsel for the defendants by **November 4, 2026.** The defendants are reminded that any corporation can only appear by counsel, and if Sher Tremonte LLP withdraws as counsel, the corporate defendants must obtain new counsel, although defendant Combs may appear pro se. Sher Tremonte LLP may reply by **November 13, 2026.** A copy of this Order will be mailed to defendant Combs and posted on ECF.

The Clerk of Court is respectfully requested to mail a this Order to defendant Combs.

**SO ORDERED.**

**Dated: New York, New York**
**October 16, 2026**

**_____/s/ John G. Koeltl___________**
**John G. Koeltl**
**United States District Judge**