**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,

Plaintiff,

v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10,

Defendants.

Case No. 24-cv-8813 (JGK)

**CERTIFICATE OF SERVICE**

Michael Tremonte hereby certifies that a true and correct copy of the Court's Order on Sher Tremonte LLP's Motion to Withdraw as Counsel, dated October 16, 2026, were served upon counsel of record for all parties by filing on ECF, and were served upon the Combs Defendants by delivering a copy by email to Mr. Combs's power of attorney, and by USPS Priority Mail Express at the following address:

Sean Combs, Reg. No. 37452-054
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

Dated: New York, New York
October 19, 2026

*/s/ Michael Tremonte*
Michael Tremonte