UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

- against -

SEAN COMBS, ET AL.,

Defendants.

24-cv-8813 (JGK)

Order

**John G. Koeltl, District Judge:**

On October 16, 2026, the Court issued an Order directing the defendants to file a response to Sher Tremonte LLP's motion to withdraw as counsel by November 4, 2026. On October 19, 2026, Sher Tremonte LLP filed a certificate of service reflecting that the Court's October 16, 2026 Order had been served on defendant Sean Combs by email and physical mail. Neither Sean Combs nor any other defendant has responded to Sher Tremonte LLP's motion to withdraw as counsel to date.

Sean Combs' time to respond to Sher Tremonte LLP's motion to withdraw as counsel is extended to **November 23, 2026.** Sher Tremonte LLP's time to reply is extended to **November 30, 2026.** If Combs does not submit any response by that date, the motion will be decided on the current papers.

The Clerk of Court is respectfully directed to mail a copy of this Order to Sean Combs.

**SO ORDERED.**

**Dated: New York, New York**
**November 9, 2026**

**John G. Koeltl**
**United States District Judge**